**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **DETTLING, et al.** | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| **v.** | )　　　**Civ. No. 17-00009-AJT-MSN** |
| | ) |
| **MEDTECH COLLEGE, LLC, et al.,** | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**DEFENDANT EXCELLERE PARTNERS, LLC'S
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant  Excellere Partners, LLC hereby moves to dismiss the action as to Excellere for failure to state a claim upon which relief can be granted.  Accompanying this motion is a brief explaining with particularity the grounds for the motion, including the authorities upon which we rely, along with a proposed order dismissing the action.  For all the reasons stated in the brief, Excellere respectfully submits that the Court should dismiss the action as to Excellere for failure to state a claim.

Dated:  February 14, 2017

Respectfully submitted,

/s/ Andrew C. Nichols
Andrew C. Nichols (Va. Bar #66679)
Mary M. Lenahan
Christopher E. Mills
*Winston & Strawn LLP*
*1700 K Street, N.W.*
*Washington, D.C. 20006-3817*
*(202) 282-5000*
*anichols@winston.com*

William C. O'Neil
*Winston & Strawn LLP*
*35 West Wacker Drive*
*Chicago, IL  60601*
*(312) 558-5600*

*Attorneys for Defendant Excellere Partners,*
*LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of February, 2017, a true and correct copy of the foregoing document was served using the Court's CM/ECF system on all attorneys of record by electronic means.

/s/ Andrew C. Nichols
Andrew C. Nichols (Va. Bar #66679)
Mary M. Lenahan
Christopher E. Mills
*Winston & Strawn LLP*
*1700 K Street, N.W.*
*Washington, D.C. 20006-3817*
*(202) 282-5000*
*anichols@winston.com*

William C. O'Neil
*Winston & Strawn LLP*
*35 West Wacker Drive*
*Chicago, IL  60601*
*(312) 558-5600*

*Attorneys for Defendant Excellere Partners, LLC*